AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1800 Longcreek Drive, Apartment 3K<br>Columbia, South Carolina 29210 | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____South Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before November 25, 2019 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Paige J. Gossett, United States Magistrate Judge___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: November 19, 2019 2:07 p.m.    *Paige J. Gossett*
                                                      *Judge's signature*

City and state:   Columbia, South Carolina    Paige J. Gossett, United States Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 288A-CG-2165666 | Date and time warrant executed: 11/20/2019  6:00 AM | Copy of warrant and inventory left with: LASHELLA HARE |

Inventory made in the presence of:
SPECIAL AGENT ROBERT TARTAGLIA

Inventory of the property taken and name of any person(s) seized:

NINE (9) GIFT CARDS
ONE (1) PURPLE HP LAPTOP
ONE (1) BLUE LAPTOP
ONE (1) GIFT CARD
WHITE IPHONE
ROSE GOLD IPHONE
SAMSUNG SMG550T1 S/N 354608108154675010
ONE (1) RECEIPT
ONE (1) GIFT CARD
SIX (6) GIFT CARDS
THREE (3) RECEIPTS
SIX (6) GIFT CARDS
THREE (3) GIFT CARDS
THREE (3) GIFT CARDS

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/21/2019

_Executing officer's signature_

SPECIAL AGENT ALI SADIQ
_Printed name and title_